# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  DONNELL L LUSTER JR　　　　　　　　§
　　　　TRESA L CANTRELL LUSTER　　　　　　§　　Case No.: 10-38290
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)　　　　　　　　　　　　　§
------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 08/27/2010.

   2)   This case was confirmed on  N/A.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

   5)   The case was converted on 01/21/2011.

   6)   Number of months from filing to the last payment:  5

   7)   Number of months case was pending:  6

   8)   Total value of assets abandoned by court order:  NA

   9)   Total value of assets exempted: $     6,240.00

   10)  Amount of unsecured claims discharged without payment $      .00

   11)  All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

Case 10-38290    Doc 52    Filed 02/23/11    Entered 02/23/11 18:02:49    Desc Main
              Document      Page 2 of 4


**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,423.10 |
| Less amount refunded to debtor | $ | 484.62 |
| **NET RECEIPTS** | $ | 1,938.48 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,804.72 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 133.76 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,938.48 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCSI/RMI | UNSECURED | NA | 3,400.00 | 3,400.00 | .00 | .00 |
| EMC MORTGAGE CO | SECURED | 8,988.00 | 7,063.46 | 12,020.09 | .00 | .00 |
| EMC MORTGAGE CO | UNSECURED | 8,988.00 | 12,020.09 | 12,020.09 | .00 | .00 |
| EMC MORTGAGE CORPORA | SECURED | 160,000.00 | 145,064.59 | .00 | .00 | .00 |
| EMC MORTGAGE CORPORA | UNSECURED | 48,367.00 | NA | NA | .00 | .00 |
| EMC MORTGAGE CORPORA | SECURED | 45,000.00 | 64,722.49 | 45,000.00 | .00 | .00 |
| LASALLE HOME MORTGAG | UNSECURED | 45,000.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | 8,000.00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AL NAQUED MC | UNSECURED | 171.00 | 171.00 | 171.00 | .00 | .00 |
| AFNI-BLOOM | UNSECURED | 406.00 | NA | NA | .00 | .00 |
| MCI | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 257.00 | 257.66 | 257.66 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 980.00 | NA | NA | .00 | .00 |
| COMMUNITY HEALTHCARE | UNSECURED | 1,925.90 | 2,195.03 | 2,195.03 | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 430.00 | 1,839.45 | 1,839.45 | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 110.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| EMC MORTGAGE CORPORA | OTHER | .00 | NA | NA | .00 | .00 |
| EMC MORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| MTI | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,045.00 | 614.70 | 614.70 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,045.00 | 606.68 | 606.68 | .00 | .00 |
| IMAGINE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| KEYNOTE CONSULTING | UNSECURED | 1,270.00 | .00 | 1,270.00 | .00 | .00 |
| COMMUNITY HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| COMMUNITY HEALTHCARE | OTHER | .00 | NA | NA | .00 | .00 |
| DAVE LARORA DDS | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 406.00 | NA | NA | .00 | .00 |
| PALOS ANESTHESIA ASS | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| MTI | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,900.00 | 1,993.66 | 1,993.66 | .00 | .00 |
| PAYDAY AVE | UNSECURED | 695.00 | NA | NA | .00 | .00 |
| PAYDAY ONE | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| LASALLE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF LANSING | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 15,000.00 | 6,391.52 | 6,391.52 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 860.00 | 263.91 | 263.91 | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| VILLAGE OF LANSING | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 5,250.00 | 5,250.00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 3,104.43 | 3,104.43 | .00 | .00 |
| EMC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 181.43 | 181.43 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 226.78 | 226.78 | .00 | .00 |
| EMC MORTGAGE CO | SECURED | NA | 4,956.63 | .00 | .00 | .00 |
| EMC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 24,785.91 | 24,785.91 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 10,973.46 | 10,973.46 | .00 | .00 |
| PATIENTS 1ST ER MEDI | UNSECURED | NA | 167.78 | 167.78 | .00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 1,367.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,045.04 | 1,045.04 | .00 | .00 |
| INDEPENDENCE RECEIVA | UNSECURED | NA | 740.08 | 740.08 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 12,020.09 | .00 | .00 |
| Mortgage Arrearage | 45,000.00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 57,020.09 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 24,785.91 | .00 | .00 |
| **TOTAL PRIORITY:** | 24,785.91 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 52,712.70 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,938.48 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,938.48 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:  02/23/2011                 /s/ Tom  Vaughn
                                   Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**