UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
LUSTER JR, DONNELL L                    §    Case No. 10-38290 TAB
CANTRELL-LUSTER, TRESA L                §
                                        §
                                        §
            Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The case was converted to one under Chapter 7 on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-38290 | Judge: Timothy A Barnes | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | LUSTER JR, DONNELL L | | Date Filed (f) or Converted (c): | 01/21/11 (c) |
| | CANTRELL-LUSTER, TRESA L | | 341(a) Meeting Date: | 02/18/11 |
| For Period Ending: | 06/21/13 | | Claims Bar Date: | 07/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single fam. house at 2859 190th Place, Lansing | 160,000.00 | 0.00 | | 0.00 | 0.00 | 262,355.00 | 0.00 |
| 2. cash | 90.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 90.00 |
| 3. checking | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 4. used furniture | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 800.00 |
| 5. clothing | 350.00 | 0.00 | | 5,000.00 | 0.00 | 0.00 | 350.00 |
| 6. 2006 Ford Explorer, 93,000 miles | 6,000.00 | 1,200.00 | | 0.00 | 0.00 | 0.00 | 4,800.00 |
| 7. 2001 Toyota Avalon, 142,000 miles, officially owne | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $167,940.00 | $1,700.00 | | $5,000.22 | $0.00 | $262,355.00 | $6,240.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 2012.  The final payment for the Debtor's car received.  The case should be closed  in the second quarter of 2013.

anuary 30, 2012, 12:54 pm.  The car was sold back to the Debtor.  Once the final payment is received, the estate can be closed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-38290 Judge: Timothy A Barnes | Trustee Name: RONALD R. PETERSON |
| Case Name: | LUSTER JR, DONNELL L | Date Filed (f) or Converted (c): 01/21/11 (c) |
| | CANTRELL-LUSTER, TRESA L | 341(a) Meeting Date: 02/18/11 |
| | | Claims Bar Date: 07/18/11 |

April 29, 2013, 08:13 am Case on hot list to be closed second quarter 2013

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 06/30/13

_____   Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-38290 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | LUSTER JR, DONNELL L | Bank Name: | ASSOCIATED BANK |
| | CANTRELL-LUSTER, TRESA L | Account Number / CD #: | *******8422 Checking Account |
| Taxpayer ID No: | *******5612 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,966.25 | | 4,966.25 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.06 | 4,963.19 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.16 | 4,960.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.06 | 4,956.97 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.16 | 4,953.81 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,943.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,933.81 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,923.81 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,913.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,903.81 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,966.25 | 62.44 | 4,903.81 |
| Less: Bank Transfers/CD's | 4,966.25 | 0.00 | |
| Subtotal | 0.00 | 62.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 62.44 | |

Page Subtotals  4,966.25  62.44

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.02e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-38290 -TAB | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | LUSTER JR, DONNELL L | | Bank Name: | BANK OF AMERICA, N.A. |
| | CANTRELL-LUSTER, TRESA L | | Account Number / CD #: | *******9331 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5612 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/11 | 6 | Robert J. Adams & Assoc | | 1229-000 | 625.00 | | 625.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.67 | 624.33 |
| * 01/12/12 | 7 | Cantrell-Luster Jr. | | 1129-003 | 1,250.00 | | 1,874.33 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,874.34 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.42 | 1,872.92 |
| * 02/13/12 | 7 | Cantrell-Luster Jr. | VOID | 1129-003 | -1,250.00 | | 622.92 |
| | | | Entering in wrong amount, should have been 1050 | | | | |
| 02/13/12 | 7 | Cantrell-Luster Jr. | Original Deposit cleared 01/13/12 | 1129-000 | 1,050.00 | | 1,672.92 |
| 02/21/12 | 7 | Robert J. Adams | | 1129-000 | 1,250.00 | | 2,922.92 |
| | | on account for Cantrell-Luster | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,922.94 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.30 | 2,920.64 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,920.66 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.59 | 2,917.07 |
| 04/04/12 | 7 | Robert J. Adams | | 1129-000 | 2,075.00 | | 4,992.07 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,992.11 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.58 | 4,986.53 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,986.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.34 | 4,980.23 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,980.27 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.92 | 4,974.35 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,974.39 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.52 | 4,967.87 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,967.88 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 1.63 | 4,966.25 |

Page Subtotals 5,000.22 33.97

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-38290 -TAB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | LUSTER JR, DONNELL L | | Bank Name: | BANK OF AMERICA, N.A. |
| | CANTRELL-LUSTER, TRESA L | | Account Number / CD #: | *******9331 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5612 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,966.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.22 | 5,000.22 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,966.25 | |
| Subtotal | 5,000.22 | 33.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.22 | 33.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8422 | 0.00 | 62.44 | 4,903.81 |
| Money Market Account (Interest Earn - ********9331 | 5,000.22 | 33.97 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.22 | 96.41 | 4,903.81 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   4,966.25

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 21, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-38290  
Debtor Name: LUSTER JR, DONNELL L

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013A<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Priority | Filed 10/29/10 | $0.00 | $10,545.80 | $10,545.80 |
| 000023A<br>050<br>4800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Filed 02/23/11 | $0.00 | $1,344.58 | $1,344.58 |
| 000001<br>070<br>7100-00 | RMI/MCSI<br>18241 West St.<br>Lansing, IL 60438 | Unsecured | Filed 09/13/10 | $0.00 | $3,400.00 | $3,400.00 |
| 000002<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From NOBLE CONSUMER<br>LENDING SE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: PURPOSE LOANS | Unsecured | Filed 09/23/10 | $0.00 | $606.68 | $606.68 |
| 000003<br>070<br>7100-00 | Sallie Mae Inc. on behalf of USA<br>FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | Unsecured | Filed 09/27/10 | $0.00 | $5,250.00 | $5,250.00 |
| 000004<br>070<br>7100-00 | Sallie Mae Inc. on behalf of USA<br>FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | Unsecured | Filed 09/27/10 | $0.00 | $6,391.52 | $6,391.52 |
| 000005<br>070<br>7100-00 | Sallie Mae Inc. on behalf of USA<br>FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | Unsecured | Filed 09/27/10 | $0.00 | $3,104.43 | $3,104.43 |
| 000007<br>070<br>7100-00 | ASSET ACCEPTANCE LLC assignee<br>/ SPRINT PCS<br>PO BOX 2036<br>WARREN, MI 48090 | Unsecured | Filed 10/01/10 | $0.00 | $226.78 | $226.78 |
| 000008<br>070<br>7100-00 | ASSET ACCEPTANCE LLC assignee<br>/ AT&T<br>PO BOX 2036<br>WARREN, MI 48090 | Unsecured | Filed 10/01/10 | $0.00 | $181.43 | $181.43 |
| 000009<br>070<br>7100-00 | ASSET ACCEPTANCE LLC assignee<br>/ AT&T<br>PO BOX 2036<br>WARREN, MI 48090 | Unsecured | Filed 10/01/10 | $0.00 | $257.66 | $257.66 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 21, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 10-38290 | | Claim Class Sequence | | | |
| Debtor Name: | LUSTER JR, DONNELL L | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | Filed 10/08/10 | $0.00 | $1,993.66 | $1,993.66 |
| 000011<br>070<br>7100-00 | EMC Mortgage Corporation<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602 | Unsecured | Filed 10/15/10 | $0.00 | $0.00 | $0.00 |
| 000012<br>070<br>7100-00 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Filed 10/21/10 | $0.00 | $263.91 | $263.91 |
| 000013B<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | Filed 10/29/10 | $0.00 | $12,943.79 | $12,943.79 |
| 000014<br>070<br>7100-00 | Community Healthcare System<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highladn, IN 46322 | Unsecured | Filed 11/01/10 | $0.00 | $2,195.03 | $2,195.03 |
| 000015<br>070<br>7100-00 | Patients 1st ER Medical Consultants<br>PC<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | Filed 11/01/10 | $0.00 | $167.78 | $167.78 |
| 000016<br>070<br>7100-00 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | Filed 11/01/10 | $0.00 | $1,839.45 | $1,839.45 |
| 000017<br>070<br>7100-00 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | Unsecured | Filed 11/04/10 | $0.00 | $171.00 | $171.00 |
| 000018<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT<br>CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE MASTERCARD | Unsecured | Filed 11/05/10 | $0.00 | $614.70 | $614.70 |
| 000019<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT<br>CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE CARD | Unsecured | Filed 11/05/10 | $0.00 | $1,045.04 | $1,045.04 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 21, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 10-38290 | Claim Class Sequence | | | | |
| Debtor Name: | LUSTER JR, DONNELL L | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020<br>070<br>7100-00 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | Unsecured | Filed 11/10/10 | $0.00 | $171.00 | $171.00 |
| 000021<br>070<br>7100-00 | Keynote Consulting<br>220 W. Campus Dr., Ste. 102<br>Arlington Heights, IL 60004 | Unsecured | Filed 11/15/10 | $0.00 | $1,270.00 | $1,270.00 |
| 000022<br>070<br>7100-00 | Independence Receivables<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 12/16/10 | $0.00 | $740.08 | $740.08 |
| 000023B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 02/23/11 | $0.00 | $1,289.28 | $1,289.28 |
| 000024<br>070<br>7100-00 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | Unsecured | Filed 05/02/11 | $0.00 | $171.00 | $171.00 |
| 000025<br>070<br>7100-00 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | Unsecured | Filed 06/07/11 | $0.00 | $344.08 | $344.08 |
| 000026<br>070<br>7100-00 | Afni, Inc.<br>PO BOX 3667<br>Bloomington, IL 61702 | Unsecured | Filed 06/16/11 | $0.00 | $406.46 | $406.46 |
| 000006<br>050<br>4110-00 | EMC Mortgage Corporation<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602 | Secured | Filed 09/27/10 | $0.00 | $209,787.08 | $209,787.08 |
| | Case Totals: | | | $0.00 | $266,722.22 | $266,722.22 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38290 TAB
Case Name: LUSTER JR, DONNELL L
                 CANTRELL-LUSTER, TRESA L
Trustee Name: RONALD R. PETERSON

       Balance on hand                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | EMC Mortgage Corporation<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street<br>Suite 1300<br>Chicago, IL 60602 | $ | $ | $ | $ |
| 000013A | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000013B | Department of the Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000023A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ | $ |

    Total to be paid to secured creditors    $_____

    Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RMI/MCSI<br>18241 West St.<br>Lansing, IL 60438 | $ | $ | $ |
| 000002 | Jefferson Capital Systems LLC<br>Purchased From NOBLE CONSUMER LENDING SE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: PURPOSE LOANS | $ | $ | $ |
| 000003 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ | $ | $ |
| 000004 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ | $ | $ |
| 000005 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ | $ | $ |
| 000007 | ASSET ACCEPTANCE LLC assignee / SPRINT PCS<br>PO BOX 2036<br>WARREN, MI 48090 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | ASSET ACCEPTANCE LLC assignee / AT&T PO BOX 2036 WARREN, MI 48090 | $ | $ | $ |
| 000009 | ASSET ACCEPTANCE LLC assignee / AT&T PO BOX 2036 WARREN, MI 48090 | $ | $ | $ |
| 000010 | Nicor Gas PO Box 549 Aurora IL 60507 | $ | $ | $ |
| 000011 | EMC Mortgage Corporation c/o Pierce & Associates, P.C. 1 North Dearborn Street Suite 1300 Chicago, IL 60602 | $ | $ | $ |
| 000012 | American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |
| 000014 | Community Healthcare System Komyatte & Casbon PC 9650 Gordon Drive Highladn, IN 46322 | $ | $ | $ |
| 000015 | Patients 1st ER Medical Consultants PC Komyatte & Casbon PC 9650 Gordon Drive Highland, IN 46322 | $ | $ | $ |
| 000016 | Community Hospital Komyatte & Casbon PC 9650 Gordon Drive Highland, IN 46322 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000018 | Jefferson Capital Systems LLC<br>Purchased From<br>COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE MASTERCARD | $ | $ | $ |
| 000019 | Jefferson Capital Systems LLC<br>Purchased From<br>COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE CARD | $ | $ | $ |
| 000020 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000021 | Keynote Consulting<br>220 W. Campus Dr., Ste. 102<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000022 | Independence Receivables<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000024 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000025 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ | $ | $ |
| 000026 | Afni, Inc.<br>PO BOX 3667<br>Bloomington, IL 61702 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $ _____

Remaining Balance    $ _____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE