UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUSTER JR, DONNELL L | § | Case No. 10-38290 TAB |
| CANTRELL-LUSTER, TRESA L | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                CLERK OF THE U.S. BANKRUPTCY COURT
                KENNETH S. GARDNER
                219 S. Dearborn St.
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/20/2013 in Courtroom 613,
                UNITED STATES BANKRUPTCY COURT
                219 S. Dearborn St.
                Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/12/2013                By: UNITED STATES BANKRUPTCY
                                                COURT
                                                               Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
§
LUSTER JR, DONNELL L § Case No. 10-38290 TAB
CANTRELL-LUSTER, TRESA L §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | EMC Mortgage Corporation c/o Pierce & Associates, P.C. 1 North Dearborn Street Suite 1300 Chicago, IL 60602 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000013B | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000023A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |

Total to be paid to secured creditors    $_____

Remaining Balance    $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RMI/MCSI<br>18241 West St.<br>Lansing, IL 60438 | $ | $ | $ |
| 000002 | Jefferson Capital Systems LLC<br>Purchased From NOBLE CONSUMER LENDING SE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: PURPOSE LOANS | $ | $ | $ |
| 000003 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Sallie Mae Inc. on behalf of USA FUNDS Attn Bankruptcy Litigation Unit E3149 P O Box 9430 Wilkes Barre PA 18773 9430 | $ | $ | $ |
| 000005 | Sallie Mae Inc. on behalf of USA FUNDS Attn Bankruptcy Litigation Unit E3149 P O Box 9430 Wilkes Barre PA 18773 9430 | $ | $ | $ |
| 000007 | ASSET ACCEPTANCE LLC assignee / SPRINT PCS PO BOX 2036 WARREN, MI 48090 | $ | $ | $ |
| 000008 | ASSET ACCEPTANCE LLC assignee / AT&T PO BOX 2036 WARREN, MI 48090 | $ | $ | $ |
| 000009 | ASSET ACCEPTANCE LLC assignee / AT&T PO BOX 2036 WARREN, MI 48090 | $ | $ | $ |
| 000010 | Nicor Gas PO Box 549 Aurora IL 60507 | $ | $ | $ |
| 000011 | EMC Mortgage Corporation c/o Pierce & Associates, P.C. 1 North Dearborn Street Suite 1300 Chicago, IL 60602 | $ | $ | $ |
| 000012 | American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Community Healthcare System<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highladn, IN 46322 | $ | $ | $ |
| 000015 | Patients 1st ER Medical Consultants PC<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ | $ | $ |
| 000016 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ | $ | $ |
| 000017 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000018 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE MASTERCARD | $ | $ | $ |
| 000019 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE CARD | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000021 | Keynote Consulting<br>220 W. Campus Dr., Ste. 102<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000022 | Independence Receivables<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000023B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000024 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ | $ | $ |
| 000025 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ | $ | $ |
| 000026 | Afni, Inc.<br>PO BOX 3667<br>Bloomington, IL 61702 | $ | $ | $ |

Total to be paid to timely general unsecured creditors                 $_____

Remaining Balance                                                     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                                    Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.