UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
LUSTER JR, DONNELL L                  §       Case No. 10-38290 TAB
CANTRELL-LUSTER, TRESA L              §
                                      §
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    KENNETH S. GARDNER
    219 S. Dearborn St.
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/20/2013 in Courtroom 613,
    UNITED STATES BANKRUPTCY COURT
    219 S. Dearborn St.
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/12/2013                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
LUSTER JR, DONNELL L § Case No. 10-38290 TAB
CANTRELL-LUSTER, TRESA L §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.22 |
| and approved disbursements of | $ | 96.41 |
| leaving a balance on hand of[1] | $ | 4,903.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000006 | EMC Mortgage Corporation c/o Pierce & Associates, P.C. 1 North Dearborn Street Suite 1300 Chicago, IL 60602 | $ 209,787.08 | $ 209,787.08 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013A | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | $ 10,545.80 | $ 10,545.80 | $ 0.00 | $ 3,238.42 |
| 000013B | Department of the Treasury Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | $ 12,943.79 | $ 12,943.79 | $ 0.00 | $ 0.00 |
| 000023A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 1,344.58 | $ 1,344.58 | $ 0.00 | $ 412.89 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 3,651.31 |
| Remaining Balance | $ 1,252.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,250.02 | $ 0.00 | $ 1,250.02 |
| Trustee Expenses: RONALD R. PETERSON | $ 2.48 | $ 0.00 | $ 2.48 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,252.50 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,890.38  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,100.97  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RMI/MCSI<br>18241 West St.<br>Lansing, IL 60438 | $ 3,400.00 | $ 0.00 | $ 0.00 |
| 000002 | Jefferson Capital Systems LLC<br>Purchased From NOBLE CONSUMER LENDING SE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: PURPOSE LOANS | $ 606.68 | $ 0.00 | $ 0.00 |
| 000003 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ 5,250.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ 6,391.52 | $ 0.00 | $ 0.00 |
| 000005 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn Bankruptcy Litigation Unit E3149<br>P O Box 9430<br>Wilkes Barre PA 18773 9430 | $ 3,104.43 | $ 0.00 | $ 0.00 |
| 000007 | ASSET ACCEPTANCE LLC assignee / SPRINT PCS<br>PO BOX 2036<br>WARREN, MI 48090 | $ 226.78 | $ 0.00 | $ 0.00 |
| 000008 | ASSET ACCEPTANCE LLC assignee / AT&T<br>PO BOX 2036<br>WARREN, MI 48090 | $ 181.43 | $ 0.00 | $ 0.00 |
| 000009 | ASSET ACCEPTANCE LLC assignee / AT&T<br>PO BOX 2036<br>WARREN, MI 48090 | $ 257.66 | $ 0.00 | $ 0.00 |
| 000010 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 1,993.66 | $ 0.00 | $ 0.00 |
| 000011 | EMC Mortgage Corporation<br>c/o Pierce & Associates, P.C.<br>1 North Dearborn Street Suite 1300<br>Chicago, IL 60602 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ 263.91 | $ 0.00 | $ 0.00 |

Certificate of Notice    Page 6 of 11

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Community Healthcare System<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highladn, IN 46322 | $ 2,195.03 | $ 0.00 | $ 0.00 |
| 000015 | Patients 1st ER Medical Consultants PC<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ 167.78 | $ 0.00 | $ 0.00 |
| 000016 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ 1,839.45 | $ 0.00 | $ 0.00 |
| 000017 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ 171.00 | $ 0.00 | $ 0.00 |
| 000018 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE MASTERCARD | $ 614.70 | $ 0.00 | $ 0.00 |
| 000019 | Jefferson Capital Systems LLC<br>Purchased From COMPUCREDIT CORPORATION<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617<br>Orig By: IMAGINE CARD | $ 1,045.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ 171.00 | $ 0.00 | $ 0.00 |
| 000021 | Keynote Consulting<br>220 W. Campus Dr., Ste. 102<br>Arlington Heights, IL 60004 | $ 1,270.00 | $ 0.00 | $ 0.00 |
| 000022 | Independence Receivables<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 740.08 | $ 0.00 | $ 0.00 |
| 000023B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 1,289.28 | $ 0.00 | $ 0.00 |
| 000024 | Maysoon Al-Naqued MD<br>Activity Collection Service<br>664 Milwaukee Ave<br>Prospect Heights, Il 60070 | $ 171.00 | $ 0.00 | $ 0.00 |
| 000025 | Community Hospital<br>Komyatte & Casbon PC<br>9650 Gordon Drive<br>Highland, IN 46322 | $ 344.08 | $ 0.00 | $ 0.00 |
| 000026 | Afni, Inc.<br>PO BOX 3667<br>Bloomington, IL 61702 | $ 406.46 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                                                       Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 8)*

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                              Case No. 10-38290-TAB
Donnell L Luster
Tresa L Cantrell-Luster                                             Chapter 7
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: acox                  Page 1 of 3                   Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db/jdb       +Donnell L Luster, JR,    Tresa L Cantrell-Luster,    24336 Pear Tree Lane,
               Planfield, IL 60585-6822
16050513     +Activity Collection Service,    664 Milwaukee Ave.,    Prospect Heights, IL 60070-2300
16050516     +Associate Area Counsel, SB/SE,,    Internal Revenue Service,    200 W. Adams St., Ste. 2300,
               Chicago, IL 60606-5231
16050518     +City of Chicago,    30 N. LaSalle St., 7th Flr.,    Chicago, IL 60602-2503
16383964     +Clerk of the Circuit Court,    Richard J Daley Center,    50 West Washington St,
               Chicago, Il 60602-1381
16369719     +Community Healthcare System,    Komyatte & Casbon PC,    9650 Gordon Drive,
               Highladn, IN 46322-2909
16369723     +Community Hospital,    Komyatte & Casbon PC,    9650 Gordon Drive,    Highland, IN 46322-2909
16050519      Community Hospital,    901 MacArthur Blvd.,    Carthage, IL 62321-2959
16050521     +D. Patrick Mullarkey,    Tax Division (DOJ),    PO Box 55,   Ben Franklin Station,
               Washington, DC 20044-0055
16050522     +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5121
16050523     +EMC Mortgage Corp,    909 Hidden Ridge Dr., Ste. 200,    Irving, TX 75038-3826
16189512     +EMC Mortgage Corporation,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,
               Suite 1300,    Chicago, IL 60602-4321
16050526    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept. of Revenue,     Bankruptcy Unit,
               100 W. Randolph, #7-400,    Chicago, IL 60601)
16858909      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
16050527     +Imagine/FBOFD,    PO Box 723896,   Atlanta, GA 31139-0896
17265251      JP Morgan Chase Bank NA,    Chase Records Center,    Mail Code LA4-5555-700 Kansas Lane,
               Monroe, LA 71203
16050530     +Jefferson Capital,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
16382855     +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: IMAGINE CARD
16382857     +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: IMAGINE MASTERCARD
16176980     +Jefferson Capital Systems LLC,    Purchased From NOBLE CONSUMER LENDING SE,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: PURPOSE LOANS
16050531     +Keynote Consulting,    220 W. Campus Dr., Ste. 102,    Arlington Heights, IL 60004-1498
16050532     +Komy Att & Assoc,    9650 Gordon Dr.,    Highland, IN 46322-2980
16050533     +Komyatee & Casbon, pc,    9650 Gordon Dr.,    Highland, IN 46322-2909
16050534     +LaSalle Bank, N.A.,    4747 W. Irving Park Rd.,    Chicago, IL 60641-2700
16050536     +MCI,   PO Box 105271,    Atlanta, GA 30348-5271
16050538     +MTI,   PO Box 1401,    Chicago Heights, IL 60412-7401
16050535     +Mages & Price,    102 Wilmot Rd. Ste. 410,    Deerfield, IL 60015-5104
16382239     +Maysoon Al-Naqued MD,    Activity Collection Service,    664 Milwaukee Ave,
               Prospect Heights, Il 60070-2300
16050537      Medical Business Bureau,    140 Renaissance Drive, Ste. 400,    Park Ridge, IL 60068
16369722     +Patients 1st ER Medical Consultants PC,    Komyatte & Casbon PC,    9650 Gordon Drive,
               Highland, IN 46322-2909
16050540      Payday Avenue,    15225 104th Avenue - 400,    Surrey, British Columbia, Canada
16050542     +Pierce & Assoc,    1 N. Dearborn, Ste. 1300,    Chicago, IL 60602-4373
16050543     +RMI/MCSI,    18241 West St.,    Lansing, IL 60438-3200
16050544    #+Robert J. Adams & Assoc.,    125 S. Clark, Suite 1810,    Chicago, IL 60603-4008
16050546     +T-Mobile,    PO Box 37380,   Albuquerque, NM 87176-7380
16050547    ++UNITEDCASHLOANS D B A OF TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
              (address filed with court: United Cash Loans,    2533 N. Carson St. Ste. 5020,
               Carson City, NV 89706)
16050548     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16050512      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 16 2013 00:58:55      AAC,   P.O.Box 318035,
               Cleveland, OH 44131-8035
16050514      E-mail/PDF: recoverybankruptcy@afninet.com Jul 16 2013 01:10:51      AFNI,    404 Brock Dr.,
               PO Box 3097,    Bloomington, IL 61702-3097
16223392     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 16 2013 00:58:55
               ASSET ACCEPTANCE LLC assignee    / AT&T,    PO BOX 2036,   WARREN, MI 48090-2036
16223391     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 16 2013 00:58:55
               ASSET ACCEPTANCE LLC assignee    / SPRINT PCS,    PO BOX 2036,   WARREN, MI 48090-2036
16050517     +E-mail/Text: g17768@att.com Jul 16 2013 01:01:44       AT&T,   PO Box 8212,   Aurora, IL 60572-8212
17417332     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 16 2013 01:10:51      Afni, Inc.,    PO BOX 3667,
               Bloomington, IL 61702-3667
16308497      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2013 01:12:37
               American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
16050515      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 16 2013 00:58:55      Asset Acceptance,
               PO Box 318035,    Independence, OH 44131-8035
16050520     +E-mail/Text: clerical.department@yahoo.com Jul 16 2013 01:01:17      Creditor Collection Bureau,
               755 Almar Parkway,    Bourbonnais, IL 60914-2392
```

```
District/off: 0752-1           User: acox                  Page 2 of 3                   Date Rcvd: Jul 15, 2013
                               Form ID: pdf006             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16050528      E-mail/Text: cio.bncmail@irs.gov Jul 16 2013 00:54:06      Department of the Treasury,
               Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
16050524      E-mail/Text: bankruptcy@dtasolutionsllc.com Jul 16 2013 01:04:03      Faslo Solutions LLC,
               PO Box 202166,    Dallas, TX 75320-0001
16050525     +E-mail/Text: Bankruptcy@icsystem.com Jul 16 2013 01:04:02      IC System, Inc.,
               444 Highway 96 East,    Saint Paul, MN 55127-2557
16555667      E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2013 01:08:50      Independence Receivables,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16050529     +E-mail/Text: cio.bncmail@irs.gov Jul 16 2013 00:54:06      Internal Revenue Service SB/SE,
               Centralized Insolvency Operations,    PO Box 21126,   Philadelphia, PA 19114-0326
16251696     +E-mail/Text: bankrup@aglresources.com Jul 16 2013 00:57:43      Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
16050539     +E-mail/Text: bankrup@aglresources.com Jul 16 2013 00:57:43      Nicor Gas,   Attention: Bankruptcy,
               Department, 1844 Ferry Road,    Naperville, IL 60563-9662
16050541     +E-mail/Text: bankruptcy@thinkcash.com Jul 16 2013 01:01:15      Payday One,
               2207 Concord Pike #604,    Wilmington, DE 19803-2908
16050545     +E-mail/PDF: pa_dc_claims@salliemae.com Jul 16 2013 01:09:15      Sallie Mae,    1002 Arthur Dr.,
               Lynn Haven, FL 32444-1683
16185346      E-mail/PDF: pa_dc_litigation@salliemae.com Jul 16 2013 01:11:21
               Sallie Mae Inc. on behalf of USA FUNDS,    Attn Bankruptcy Litigation Unit E3149,   P O Box 9430,
               Wilkes Barre  PA 18773 9430
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16281633*    +EMC Mortgage Corporation,    c/o Pierce & Associates, P.C.,   1 North Dearborn Street,
               Suite 1300,   Chicago, IL 60602-4321
16387247*    +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: IMAGINE CARD
16050549    ##+Village of Lansing,    18200 Chicago Ave.,   Lansing, IL 60438-3012
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: acox                  Page 3 of 3                   Date Rcvd: Jul 15, 2013
                               Form ID: pdf006             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2013 at the address(es) listed below:

          Christopher M Brown   on behalf of Creditor   EMC Mortgage Corporation
           northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
          Dana N O'Brien   on behalf of Creditor   EMC Mortgage Corporation dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert J Adams   on behalf of Joint Debtor Tresa L Cantrell-Luster bankruptcy714@gmail.com,
           bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
          Robert J Adams   on behalf of Debtor Donnell L Luster, JR bankruptcy714@gmail.com,
           bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
          Ronald R Peterson   rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com

                                                                                                        TOTAL: 6