## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUSTER JR, DONNELL L | § | Case No. 10-38290 TAB |
| CANTRELL-LUSTER, TRESA L | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter      on            , and it was converted to chapter 7 on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMC Mortgage Corp 909 Hidden Ridge Dr., Ste. 200 Irving, TX 75014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LaSalle Bank, N.A. 4747 W. Irving Park Rd. Chicago, IL 60641 | | | | | |
| | LaSalle Bank, N.A. 4747 W. Irving Park Rd. Chicago, IL 60641 | | | | | |
| 000006 | EMC MORTGAGE CORPORATION | | | | | |
| 000013A | DEPARTMENT OF THE TREASURY | | | | | |
| 000013B | DEPARTMENT OF THE TREASURY | | | | | |
| 000023A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Revenue Bankruptcy Unit 100 W. Randolph, #7-400 Chicago, IL 60601 | | | | | |
| | Internal Revenue Service Mail Stop 5010-Chi 230 S. Dearborn Chicago, IL 60604 | | | | | |
| | Representing: Internal Revenue Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Internal Revenue Service | | | | | |
| | Representing: Internal Revenue Service | | | | | |
| | Robert J. Adams & Assoc. 125 S. Clark, Suite 1810 Chicago, IL 6603 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAC P.O.Box 318035 Cleveland, OH 44131-8035 | | | | | |
| | AFNI 404 Brock Dr. PO Box 3097 Bloomington, IL 61702-3097 | | | | | |
| | AFNI 404 Brock Dr. PO Box 3097 Bloomington, IL 61702-3097 | | | | | |
| | AT&T PO Box 8212 Aurora, IL 60572 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Activity Collection Service 664 Milwaukee Ave. Prospect Heights, IL 60070 | | | | | |
| | Asset Acceptance PO Box 318035 Independence, OH 44131-8035 | | | | | |
| | City of Chicago 30 N. LaSalle St., 7th Flr. Chicago, IL 60602 | | | | | |
| | Community Hospital 901 MacArthur Blvd. Carthage, IL 62321-2959 | | | | | |
| | Community Hospital 901 MacArthur Blvd. Carthage, IL 62321-2959 | | | | | |
| | Creditor Collection Bureau 755 Almar Parkway Bourbonnais, IL 60914 | | | | | |
| | Debt Recovery Solution 900 Merchants Concourse Westbury, NY  11590 | | | | | |
| | Debt Recovery Solution 900 Merchants Concourse Westbury, NY  11590 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMC Mortgage Corp 909 Hidden Ridge Dr., Ste. 200 Irving, TX 75014 | | | | | |
| | Faslo Solutions LLC PO Box 202166 Dallas, TX 75320-0001 | | | | | |
| | IC System, Inc. 444 Highway 96 East Saint Paul, MN 55164 | | | | | |
| | Imagine/FBOFD PO Box 723896 Atlanta, GA 31139 | | | | | |
| | Internal Revenue Service SB/SE Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Jefferson Capital 16 McLeland Rd. Saint Cloud, MN 56303 | | | | | |
| | Jefferson Capital 16 McLeland Rd. Saint Cloud, MN 56303 | | | | | |
| | Keynote Consulting 220 W. Campus Dr., Ste. 102 Arlington Heights, IL 60004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Komy Att & Assoc 9650 Gordon Dr. Highland, IN 46322 | | | | | |
| | Komy Att & Assoc 9650 Gordon Dr. Highland, IN 46322 | | | | | |
| | Komyatee & Casbon, pc 9650 Gordon Dr. Highland, IN 46322 | | | | | |
| | MCI PO Box 105271 Atlanta, GA 30348 | | | | | |
| | MTI PO Box 1401 Chicago Heights, IL 60412 | | | | | |
| | Mages & Price 102 Wilmot Rd. Ste. 410 Deerfield, IL 60015 | | | | | |
| | Medical Business Bureau 140 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department, 1844 Ferry Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payday Avenue 15225 104th Avenue - 400 Surrey, British Columbia, Canada | | | | | |
| | Payday One 2207 Concord Pike #604 Wilmington, DE 19803 | | | | | |
| | Pierce & Assoc 1 N. Dearborn, Ste. 1300 Chicago, IL 60602 | | | | | |
| | RMI/MCSI 18241 West St. Lansing, IL  60438 | | | | | |
| | Sallie Mae 1002 Arthur Dr. Lynn Haven, FL  32444 | | | | | |
| | T-Mobile PO Box 37380 Albuquerque, NM 87176 | | | | | |
| | United Cash Loans 2533 N. Carson St. Ste. 5020 Carson City, NV 89706 | | | | | |
| | Village of Lansing 18200 Chicago Ave. Lansing, IL 60438 | | | | | |
| 000026 | AFNI, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | ASSET ACCEPTANCE LLC ASSIGNEE / AT& | | | | | |
| 000009 | ASSET ACCEPTANCE LLC ASSIGNEE / AT& | | | | | |
| 000007 | ASSET ACCEPTANCE LLC ASSIGNEE / SPR | | | | | |
| 000014 | COMMUNITY HEALTHCARE SYSTEM | | | | | |
| 000016 | COMMUNITY HOSPITAL | | | | | |
| 000025 | COMMUNITY HOSPITAL | | | | | |
| 000011 | EMC MORTGAGE CORPORATION | | | | | |
| 000023B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000022 | INDEPENDENCE RECEIVABLES | | | | | |
| 000002 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000019 | JEFFERSON CAPITAL SYSTEMS LLC | | | | | |
| 000021 | KEYNOTE CONSULTING | | | | | |
| 000017 | MAYSOON AL-NAQUED MD | | | | | |
| 000020 | MAYSOON AL-NAQUED MD | | | | | |
| 000024 | MAYSOON AL-NAQUED MD | | | | | |
| 000010 | NICOR GAS | | | | | |
| 000015 | PATIENTS 1ST ER MEDICAL CONSULTANTS | | | | | |
| 000001 | RMI/MCSI | | | | | |
| 000003 | SALLIE MAE INC. ON BEHALF OF USA FU | | | | | |
| 000004 | SALLIE MAE INC. ON BEHALF OF USA FU | | | | | |
| 000005 | SALLIE MAE INC. ON BEHALF OF USA FU | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-38290 | Judge: Timothy A Barnes | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | LUSTER JR, DONNELL L | | | Date Filed (f) or Converted (c): | 01/21/11 (c) |
| | CANTRELL-LUSTER, TRESA L | | | 341(a) Meeting Date: | 02/18/11 |
| For Period Ending: | 09/18/13 | | | Claims Bar Date: | 07/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. single fam. house at 2859 190th Place, Lansing | 160,000.00 | 0.00 | | 0.00 | 0.00 | 262,355.00 | 0.00 |
| 2. cash | 90.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 90.00 |
| 3. checking | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 4. used furniture | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 800.00 |
| 5. clothing | 350.00 | 0.00 | | 5,000.00 | 0.00 | 0.00 | 350.00 |
| 6. 2006 Ford Explorer, 93,000 miles | 6,000.00 | 1,200.00 | | 0.00 | 0.00 | 0.00 | 4,800.00 |
| 7. 2001 Toyota Avalon, 142,000 miles, officially owne | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $167,940.00 | $1,700.00 | | $5,000.22 | $0.00 | $262,355.00 | $6,240.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 08, 2013, 11:40 am Final Report Sent to US Trustee

August 2012. The final payment for the Debtor's car received. The case should be closed in the second quarter of 2013.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No: | 10-38290      Judge: Timothy A Barnes |
| Case Name: | LUSTER JR, DONNELL L |
| | CANTRELL-LUSTER, TRESA L |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 01/21/11 (c) |
| 341(a) Meeting Date: | 02/18/11 |
| Claims Bar Date: | 07/18/11 |

anuary 30, 2012, 12:54 pm.  The car was sold back to the Debtor.  Once the final paymJuly 08, 2013, 1ent is received, the estate can be closed.

April 29, 2013, 08:13 am Case on hot list to be closed second quarter 2013

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 06/30/13

_____ Date: _____

RONALD R. PETERSON

**FORM 2** Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-38290 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | LUSTER JR, DONNELL L | Bank Name: | ASSOCIATED BANK |
| | CANTRELL-LUSTER, TRESA L | Account Number / CD #: | *******8422 Checking Account |
| Taxpayer ID No: | *******5612 | | |
| For Period Ending: | 09/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | 9999-000 | 4,966.25 | | 4,966.25 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 3.06 | 4,963.19 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 3.16 | 4,960.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 3.06 | 4,956.97 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 3.16 | 4,953.81 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 4,943.81 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 4,933.81 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 4,923.81 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 4,913.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 10.00 | 4,903.81 |
| 08/26/13 | 030001 | Ronald R. Peterson | Trustee Fees | | | | | 1,252.50 | 3,651.31 |
| | | Jenner & Block LLP | | | | | | | |
| | | 353 North Clark Street | | | | | | | |
| | | Chicago, Il 60654-3456 | | | | | | | |
| | | | Fees | 1,250.02 | | 2100-000 | | | |
| | | | Expenses | 2.48 | | 2200-000 | | | |
| 08/26/13 | 030002 | Department of the Treasury | Final distribution | | | 4300-000 | | 3,238.42 | 412.89 |
| | | Internal Revenue Service | | | | | | | |
| | | P O Box 7346 | | | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | | | |
| 08/26/13 | 030003 | Illinois Department of Revenue | Final distribution | | | 4800-000 | | 412.89 | 0.00 |
| | | Bankruptcy Section | | | | | | | |
| | | P.O. Box 64338 | | | | | | | |
| | | Chicago, IL 60664-0338 | | | | | | | |

Page Subtotals    4,966.25    4,966.25

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-38290  -TAB |
| Case Name: | LUSTER JR, DONNELL L |
| | CANTRELL-LUSTER, TRESA L |
| Taxpayer ID No: | *******5612 |
| For Period Ending: | 09/18/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8422  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,966.25 | 4,966.25 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 4,966.25 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,966.25 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 4,966.25 | |

Page Subtotals                    0.00              0.00

Ver: 17.03

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-38290 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | LUSTER JR, DONNELL L | Bank Name: | BANK OF AMERICA, N.A. |
| | CANTRELL-LUSTER, TRESA L | Account Number / CD #: | *******9331 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5612 | | |
| For Period Ending: | 09/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/11 | 6 | Robert J. Adams & Assoc | | 1229-000 | 625.00 | | 625.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.67 | 624.33 |
| * 01/12/12 | 7 | Cantrell-Luster Jr. | | 1129-003 | 1,250.00 | | 1,874.33 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,874.34 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.42 | 1,872.92 |
| * 02/13/12 | 7 | Cantrell-Luster Jr. | VOID | 1129-003 | -1,250.00 | | 622.92 |
| | | | Entering in wrong amount, should have been 1050 | | | | |
| 02/13/12 | 7 | Cantrell-Luster Jr. | Original Deposit cleared 01/13/12 | 1129-000 | 1,050.00 | | 1,672.92 |
| 02/21/12 | 7 | Robert J. Adams | | 1129-000 | 1,250.00 | | 2,922.92 |
| | | on account for Cantrell-Luster | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,922.94 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.30 | 2,920.64 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,920.66 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.59 | 2,917.07 |
| 04/04/12 | 7 | Robert J. Adams | | 1129-000 | 2,075.00 | | 4,992.07 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,992.11 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.58 | 4,986.53 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,986.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.34 | 4,980.23 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,980.27 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.92 | 4,974.35 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,974.39 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.52 | 4,967.87 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,967.88 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.63 | 4,966.25 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |

Page Subtotals          5,000.22          33.97

Ver: 17.03

**FORM 2**         Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-38290 -TAB |
| Case Name: | LUSTER JR, DONNELL L |
| | CANTRELL-LUSTER, TRESA L |
| Taxpayer ID No: | *******5612 |
| For Period Ending: | 09/18/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9331  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,966.25 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 5,000.22 | 5,000.22 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 4,966.25 | |
| | Subtotal | 5,000.22 | 33.97 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 5,000.22 | 33.97 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8422 | 0.00 | 4,966.25 | 0.00 |
| Money Market Account (Interest Earn - ********9331 | 5,000.22 | 33.97 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.22 | 5,000.22 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      4,966.25

Ver: 17.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*